Hardy PENNINGTON, Appellant, v. STATE of Texas, Appellee.

No. 22131.

Court of Criminal Appeals of Texas.

May 20, 1942.

James E. Faulkner, of Henderson, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of wife and child desertion in the District Court of Rusk County and assessed a penalty of 18 months in the penitentiary. His appeal was perfected to this court but he has subsequently filed herein, in accordance with law, his affidavit stating his desire to withdraw his appeal and to no longer prosecute the same. Accordingly, the appeal is dismissed.